**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DERRICK WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>HONORABLE JOSHUA D. UNDERWOOD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-81-SNLJ |

**MEMORANDUM AND ORDER**

Plaintiff Derrick Williamson filed the instant action on April 20, 2026. ECF No. 1. Plaintiff has neither paid the required filing fee nor filed an application to proceed in district court without prepaying fees or costs. Plaintiff will be directed to either file an application to proceed in district court without prepaying fees or costs or pay the $405 filing fee within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty**

**(30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 18th day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE